THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC WOODTECH CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> TILLING TIMBER PTY. LTD., an Australian corporation, <br><br> Defendant. | Case No. 2:21-cv-00561-JLR <br><br> STIPULATION AND (~~PROPOSED~~) ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT <br><br> **NOTED FOR HEARING:** <br> **JUNE 11, 2021** |

## I.   STIPULATION

The parties, by and through their respective counsel, hereby stipulate and jointly move the Court to extend the deadline from June 16, 2021 to June 23, 2021, for Defendant Tilling Timber Pty. Ltd. ("Tilling"), an Australian corporation, to respond to Plaintiff's Complaint for Declaratory Judgment.

The parties stipulate that good cause exists for the requested brief extension of the deadline until June 23, 2021. Defendant Tilling seeks additional time to respond to the Complaint due to professional conflicts.

/ / /

/ / /

/ / /

STIP. AND (PROPOSED) ORDER TO EXTEND DEADLINE
FOR DEF TILLING TIMBER PTY. LTD. TO RESPOND TO
PLTF'S COMPLAINT: CASE NO. 2:21-CV-00561-JLR - 1
PDX\119800\163799\SPB\31050050.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711

Dated this 11th day of June, 2021.

| STOEL RIVES LLP | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| By: /s/ J. Scott Pritchard via email authority<br>J. Scott Pritchard, WSBA #50761<br>E-Mail: scott.pritchard@stoel.com<br>Danika L. Duffy, WSBA #56977<br>E-Mail: danika.duffy@stoel.com<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: 206.624.0900<br>Facsimile: 206.386.7500<br>*Attorneys for Plaintiff* | By: /s/ Troy Greenfield<br>Troy Greenfield, WSBA #21578<br>Email: tgreenfield@schwabe.com<br>Stephanie P. Berntsen, WSBA #33072<br>Email: sberntsen@schwabe.com<br>1420 5th Avenue, Suite 3400<br>Seattle, WA 98101-4010<br>*Attorneys for Defendant, Tilling Timber Pty. Ltd.* |

## II. ORDER EXTENDING DEADLINE FOR RESPONSIVE PLEADINGS

This matter came regularly before the Court through the Stipulation filed by the parties above. The Court, having considered the Stipulation and the facts described therein, finds good cause for a continuance and hereby ORDERS as follows:

The deadline for Defendant Tilling Timber's response to Plaintiff's Complaint for Declaratory Judgment is continued to June 23, 2021.

Dated this 13th day of June, 2021.

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

STIP. AND (PROPOSED) ORDER TO EXTEND DEADLINE FOR DEF TILLING TIMBER PTY. LTD. TO RESPOND TO PLTF'S COMPLAINT: CASE NO. 2:21-CV-00561-JLR - 2

PDX\119800\163799\SPB\31050050.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1420 5th Avenue, Suite 3400
Seattle, WA 98101-4010
Telephone: 206-622-1711